United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | ) | |
| VS. | ) | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | ) | (JURY DEMANDED) |

## MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE PURSUANT TO LOCAL RULE 1(K)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ADOLFO E. CORDOVA, JR., Attorney for Plaintiff, ROSA M. FLORES and files this his Motion for Leave to Appear as Attorney-In-Charge and in support thereof would show unto the Court as follows:

**1.**

The above styled and referenced case is being filed in the United States District Court for the Southern District of Texas, Brownsville Division. Since Movant is not admitted to practice in this Court, he is hereby requesting that he be allowed to appear as attorney-in-charge for Plaintiff, ROSA M. FLORES in this case.

**2.**

ADOLFO E. CORDOVA, JR., Attorney for Plaintiff, ROSA M. FLORES is licensed to practice in all Texas State Courts and is in good standing with the same.

WHEREFORE PREMISES CONSIDERED, ADOLFO E. CORDOVA, JR. prays that pending the duration of this case, that he be permitted to appear as attorney-in-charge in this proceeding.

Respectfully submitted,

LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 NORTH SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-1299
(956) 399-4484 - FAX

BY: _____
ADOLFO E. CORDOVA, JR.
STATE BAR #00787287
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. _____ |
| ) | |
| JAMES W. ZEIGLER, COMMISSIONER FOR ) | (JURY DEMANDED) |
| THE IMMIGRATION AND NATURALIZATION : | |
| SERVICE (INS) ) | |

## ORDER ON MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE PURSUANT TO LOCAL RULE 1(K)

On the _____ day of _____, 2002, came on to be considered Adolfo E. Cordova, Jr.'s Motion to Appear as Attorney-In-Charge Pursuant to Local Rule 1(K) in the above referenced and styled cause of action. The Court after considering said Motion is of the opinion that the same shall be in all things _____.

It is therefore ordered that Adolfo E. Cordova's Motion to Appear as Attorney-In-Charge Pursuant to Local Rule 1(K) is hereby _____.

Signed this the _____ day of _____, 2002.

_____
JUDGE PRESIDING

Copies to:
Hon. Adolfo E. Cordova, Jr.