United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | ) | |
| VS. | ) | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZEIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | ) | (JURY DEMANDED) |

### ORDER ON MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE PURSUANT TO LOCAL RULE 1(K)

On the 7th day of August, 2002, came on to be considered Adolfo E. Cordova, Jr.'s Motion to Appear as Attorney-In-Charge Pursuant to Local Rule 83.1(K) in the above referenced and styled cause of action. The Court after considering said Motion is of the opinion that the same shall be in all things granted.

It is therefore ordered that Adolfo E. Cordova's Motion to Appear as Attorney-In-Charge Pursuant to Local Rule 83.1(K) is hereby granted.

Signed this the 7th day of August, 2002.

_____
JUDGE PRESIDING

Copies to:
Hon. Adolfo E. Cordova, Jr.