United States District Court
Southern District of Texas
FILED

AUG 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | ) | |
| VS. | ) | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | ) | (JURY DEMANDED) |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JOHN WM. BLACK,
JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, ROSA M. FLORES, Plaintiff in the above entitled cause, and files this Certificate of Interested Parties.

The following includes a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to Plaintiff at this time to have a financial interest in the outcome of this litigation:

1. James W. Zigler, Commissioner for the Immigration and Naturalization Service (INS)

2. Immigration and Naturalization Service (INS) and its agents representatives and/or employees

3. Rosa M. Flores

Plaintiff, in accordance with the Court's order, will file an amended certificate identifying additional parties whose financial interest is subsequently made known to Plaintiff.

Respectfully submitted,

LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 N. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 299-1299
(956) 399-4484 - FAX

BY: _____
    ADOLFO E. CORDOVA, JR.
    STATE BAR #00787287
    ATTORNEY FOR PLAINTIFF