AO 440 (Rev. 10/93) Summons in a Civil Action

U.S. Atty - Houston | RETURN OF SERVICE　C A B - 02-146

Service of the Summons and complaint was made by me[1] | DATE
08-20-02

NAME OF SERVER (PRINT)
Jose A. Ibarra | TITLE
Civil Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

United States District Court
Southern District of Texas
FILED

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

AUG 2 2 2002

Name of person with whom the summons and complaint were left: _____

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☐ Other (specify): C.M.R.R.R. 7002-0510-0004-1763-9038

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 50 00 　11 5.11 | TOTAL 55.11 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　08-05-02
Date

Signature of Server

701 E. Carmol, Harlingen, TX. 78550
Address of Server

||

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.