United States District Court
Southern District of Texas
FILED

OCT 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | ) | |
| VS. | ) | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | ) : ) | (JURY DEMANDED) |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND
MOTION FOR DEFAULT JUDGMENT**

COMES NOW, ROSA M. FLORES, Plaintiff in the above entitled and numbered cause and files this her Motion for Entry of Default and Motion for Default Judgment and in support thereof would show unto the court as follows:

1.

Plaintiff filed suit against Defendant on or about July 29, 2002.

Defendant, James W. Zigler, Commissioner for the Immigration and Naturalization Service (INS) was served on or about August 12, 2002; the Civil Process Clerk, Office of the U.S. Attorney in Brownsville was served on or about August 5, 2002, and the U.S. Attorney General, Department of Justice was served on or about August 8, 2002. See copies of returned citations filed with the court attached hereto as Exhibit "A".

The Defendant is not an infant or an incompetent person, nor is the defendant in the military service.

The Defendant did not file an answer or other required pleading nor did the Defendant challenge the Plaintiff's pleading by filing a motion under FRCP 12(b) or 56.

The defendant in this case did not take any action or file any document that indicated the defendant's intent to defend the suit pursuant to FRCP 55(a). The time allowed for defendant to file a response to the suit expired sixty days after service. Specifically, the deadline for James W. Zigler, Commissioner for the Immigration and Naturalization Service (INS) expired on or about October 11, 2002, the deadline for the Civil Process Clerk, Office of the U.S. Attorney in Brownsville expired on or about October 4, 2002, and the deadline for the U.S. Attorney General, Department of Justice was on or about October 7, 2002.

2.

Plaintiff therefore asks that this honorable clerk and judge make an Entry of Default and grant Plaintiff's Motion for Default Judgment.

3.

Since the Defendant did not file an answer or make an appearance, the defendant is not entitled to notice before the clerk and this honorable court enters default pursuant to *Direct Mail Specialists v. Eclat Computerized Tech., Inc.*, 840 F.2d 685, 690 (9th Cir. 1988); *Arango V. Guzman Travel Advisors*, 761 F.2d 1527, 1531 (11th Cir.1985).

4.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this clerk and Honorable Court grant her Motion for Entry of Default and Motion for Default Judgment and for all relief to which she may show herself justly entitled.

Respectfully submitted,

LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 N. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-1299
(956) 499-4484 - FAX

BY:_____
ADOLFO E. CORDOVA, JR.
STATE BAR #00787287
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | ) | |
| | : | |
| VS. | ) | CIVIL ACTION NO. B-02-146 |
| | : | |
| JAMES W. ZIGLER, COMMISSIONER FOR | ) | (JURY DEMANDED) |
| THE IMMIGRATION AND NATURALIZATION | : | |
| SERVICE (INS) | ) | |

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR ENTRY
OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT**

On the _____ day of _____, 2002, came on to be considered Plaintiff's Motion for Entry of Default and Motion for Default Judgment, and the court, after considering said motions is of the opinion that the same shall be heard;

It is therefore ordered that Plaintiff's Motion for Entry of Default and Motion for Default Judgment be heard on the _____ day of _____, 2002, at _____ o'clock ___.m.

Signed this the _____ day of _____, 2002.

_____
JUDGE PRESIDING

Copy to:
Hon. Adolfo E. Cordova, Jr.

# AFFIDAVIT OF ADOLFO E. CORDOVA, JR.

STATE OF TEXAS

COUNTY OF CAMERON

   BEFORE ME, the undesigned authority, on this day personally appeared Adolfo E. Cordova, Jr., who, being by me duly sworn, deposed and said as follows:

1. "My name is Adolfo E. Cordova, Jr. I am over the age of twenty-one (21) and in all ways competent to make this Affidavit. I am an attorney licensed to practice law in the State of Teas and have been licensed since 1993.

2. This affidavit is to certify that the exhibits contained herein are true and correct copies of the documents which they purport to be.

3. The statements contained in Plaintiff's Motion for Entry of Default and Motion for Default Judgment are true and correct to the best of my knowledge.

Further, Affiant sayeth not."

_____
ADOLFO E. CORDOVA, JR.

SUBSCRIBED AND SWORN TO BEFORE ME on the 24th day of October, 2002, by the said Adolfo E. Cordova, Jr., to certify which witness my hand and official seal.

[Notary seal: LUCINDA V. COLEMAN, MY COMMISSION EXPIRES November 08, 2002, BONDED BY NOTARY ASSOC. OF TEXAS, INC.]

Notary Public, State of Teas
Notary's Printed Name:
Lucinda V. Coleman
My Commission Expires: 11-08-2002

# EXHIBIT "A"

# COPIES OF SERVED CITATIONS ON DEFENDANTS

# Law Office of
# Adolfo E. Cordova, Jr.

**COPY**

711 N. Sam Houston
San Benito, Texas 78586

Office: (956) 399-1299
Fax: (956) 399-4484

August 21, 2002

█████████, U.S. District Clerk
Southern District of Texas
United States Courthouse
1158 Federal Building
600 East Harrison, Suite 101
Brownsville, Texas 78520

RE: Civil Action #: B-02-146
Rosa M. Flores
Vs.
James W. Zeigler, Commissioner for the
Immigration and Naturalization Service

Dear Mr. Barbosa:

Enclosed for filing please find the original citations that were served on the Defendants.

Thanking you in advance for your anticipated help and cooperation.

Sincerely,

ADOLFO E. CORDOVA, JR.

AEC/lc
Enclosures

[Handwritten annotations:]
Clerk, US Atty. 6th server 8/5/02 +60 = 10/4/02
U.S. Atty. Gen. Washington server 8/8/02 +60 = 10/7/02
2nd server 8/12/02 +60 = 10/11/02



| Event | Date | Time | Location |
|---|---|---|---|
| DELIVERED | 08/05/2002 | 11:27 | BROWNSVILLE TX 78520 |
| ENROUTE | 08/02/2002 | 10:45 | SAN BENITO TX 78586 |

Go to the Product Tracking System Home Page.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ 1.06
Certified Fee 2.30
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required) 1.75
Total Postage & Fees $ 5.11

Postmark: SAN BENITO TX AUG 02 2002

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: Ofc of the U.S. Attorney, 600 E. Harrison
City, State, ZIP+4: Brownsville, Texas 78520

PS Form 3800, January 2001   See Reverse for Instructions

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Plaintiff's Original Petition, Motion for leave to appear as attorney –in-charge pursuant to local rule 1(K) to the following persons:

CIVIL PROCESS CLERK
OFFICE OF THE U.S. ATTORNEY
600 E. HARRISON
BROWNSVILLE, TEXAS  78520        CMRRR 7002-0510-0004-1763-9038

JOSE A IBARRA
CIVIL PROCESS SERVER
CAMERON COUNTY, TEXAS

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT



Southern District of Texas

ROSA M. FLORES

V.

JAMES W. ZIGLER, COMMISSIONER
FOR THE IMMIGRATION AND
NATURALIZATION SERVICE (INS)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-146

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
OFFICE OF THE U.S. ATTORNEY
600 E. HARRISON
BROWNSVILLE, TEXAS 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 N. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-1299
(956) 399-4484 - FAX

an answer to the complaint which is herewith served upon you, within __SIXTY (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                                          7-29-02

CLERK                                                                          DATE

*Lourdes Mendez*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  
DATE: 08-20-02

NAME OF SERVER (PRINT): JOSE A. IBARRA  
TITLE: Civil Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): CMRRR: 7002-0510-0004-1763-9038

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | 50 — 5.11 | 55.11 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08-05-02  
Signature of Server

701 E. Carrol, Harlingen, TX 78550  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Plaintiff's Original Petition, Motion for leave to appear as attorney –in-charge pursuant to local rule 1(K) to the following persons:

U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10th & CONSTITUTION AVENUE
N.W., ROOM B-324
WASHINGTON, D.C. 20530

CMRRR 7002-0510-0004-1763-9045

JOSE A IBARRA
CIVIL PROCESS SERVER
CAMERON COUNTY, TEXAS



Track/Confirm - Intranet Item Inquiry - Domestic

Item: 7002 0510 0004 1743 9045

| Destination | ZIP Code: 20530 | City: WASHINGTON | State: DC |
|---|---|---|---|
| Origin | ZIP Code: | City: | State: |

| Event | Date | Time | Location |
|---|---|---|---|
| DELIVERED | 08/08/2002 | 05:04 | WASHINGTON DC 20530 |

Firm Name: JUSTICE 20530 PU

Recipient: M PARRIS

Request Delivery Record

View Delivery Signature and Address

| | | | |
|---|---|---|---|
| NOTICE LEFT | 08/05/... | ... | ...SHINGTON DC 20530 |
| ARRIVAL AT UNIT | 08/05/... | ... | ...SHINGTON DC 20599 |
| ENROUTE | 08/02/2002 | 10:45 | SAN BENITO TX 78586 |



Enter Request Type and Item Number
Quick Search ⊙   Extensive Search ○
Explanation of Quick and Extensive Searches

Inquire on multiple items.

Go to the Product Tracking System Home Page.

AO 440 (Rev. 10/93) Summons in a Civil Action

**COPY**

# UNITED STATES DISTRICT COURT

Southern  District of  Texas

ROSA M. FLORES

V.

JAMES W. ZIGLER, COMMISSIONER
FOR THE IMMIGRATION AND
NATURALIZATION SERVICE (INS)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B - 0 2 - 1 4 6 - ☙

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION AVENUE
N.W.; ROOM B-324
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 N. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-1299
(956) 399-4484 - FAX

an answer to the complaint which is herewith served upon you, within ___SIXTY (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                    7-29-02

CLERK                                               DATE

_Loenden Mardis_
DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-26-2002 |
| NAME OF SERVER (PRINT) JOSE A. IBARRA | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail 7002-0510-0004-1763-9045

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES 50.00 | 5.11 | TOTAL 55.11 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-08-02
Date

Signature of Server

701 E. Carrol, Harlingen, TX 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Plaintiff's Original Petition, Motion for leave to appear as attorney –in-charge pursuant to local rule 1(K) to the following persons:

JAMES W. ZIGLER
COMMISSIONER FOR THE IMMIGRATION
AND NATURALIZATION SERVICE (INS)
425 I STREET NORTHWEST
WASHINGTON, D.C. 20536          CMRRR 7002-0510-0004-1763-9021

/s/ JOSE A IBARRA
CIVIL PROCESS SERVER
CAMERON COUNTY, TEXAS

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | 1.06 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 1.75 |
| Total Postage & Fees | $ | 5.11 |

Postmark: SAN BENITO TX, AUG 02 2002

Sent To: JAMES W. ZIGLER Commissioner (INS)
Street, Apt. No.; or PO Box No.: 425 I Street Northwest
City, State, ZIP+4: Washington, D.C. 20536

PS Form 3800, January 2001                See Reverse for Instructions

7002 0510 0004 1763 9021



| | | | |
|---|---|---|---|
| Destination | ZIP Code: 20536 | City: WASHINGTON | State: DC |
| Origin | ZIP Code: | City: | State: |

| Event | Date | Time | Location |
|---|---|---|---|
| DELIVERED | 08/12/2002 | 10:59 | WASHINGTON DC 20536 |

Firm Name: IMMIGRATION 20536
Recipient: "L LIRD"
Request Delivery Record

View Delivery Signature and Address

| | | | |
|---|---|---|---|
| ARRIVAL AT UNIT | 08/10/2002 | 08:10 | WASHINGTON DC 20599 |
| ENROUTE | 08/02/2002 | | SAN BENITO TX 78586 |



Inquire on multiple items.

Go to the Product Tracking System Home Page.

8/16/2002

AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas

ROSA M. FLORES

V.

JAMES W. ZIGLER, COMMISSIONER
FOR THE IMMIGRATION AND
NATURALIZATION SERVICE (INS)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-146

TO: (Name and address of Defendant)

JAMES W. ZIGLER
COMMISSIONER FOR THE IMMIGRATION
AND NATURALIZATION SERVICE (INS)
425 I STREET NORTHWEST
WASHINGTON, D.C., 02536

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF ADOLOF E. CORODVA, JR.
711 N. SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-1299
(956) 399-4484 - FAX

an answer to the complaint which is herewith served upon you, within SIXTY (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                    7-29-02

CLERK                                               DATE

*Lourdes Mardis*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 08-20-02 |
| NAME OF SERVER (PRINT) JOSE A. IBARRA | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): CMRRR: 7002-0510-0004-1763-9021

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 00 50- | 11 5.11 | TOTAL 55.11 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-12-02
           Date

*Signature of Server*

701 E. Carrol, Harlingen, TX. 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.