UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROSA M. FLORES                     §
                                   §
VS                                 §    C.A. B-02-146
                                   §
JAMES W. ZIGLER, Commissioner      §
for the Immigration and            §
Naturalization Service             §

## O R D E R

Plaintiff, Rosa M. Flores, filed her Complaint on February 29, 2002. The United States Government has been served and has not responded.

The United States Government is hereby ordered to respond and serve the plaintiff's counsel with any response within 20 days from the date of this order. Failure to do so will indicate to the Court the government's agreement to the allegations made in the Complaint and the Court will immediately hold a hearing on a default judgment.

Done at Brownsville, Texas, on November 6, 2002.

_____
Andrew S. Hanen
United States District Judge