United States District Court
Southern District of Texas
FILED

NOV 0 6 2002

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

IN CHAMBERS CONFERENCE

CIVIL ACTION NO. B-02-146           DATE & TIME  11/06/02 @ 1:50-2:00 pm

ROSA M. FLORES                      PLAINTIFF'S  ADOLFO CORDOVA
                                    COUNSEL      WILLIAM KIMBALL
VS

JAMES W. ZIGLER, COMMISSIONER       DEFENDANTS'
FOR THE IMMIGRATION & NATURLIZATION  COUNSEL
SERVICE

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:  Barbara Barnard
CSO:

Attys Adolfo Cordova & William Kimball appeared in person.  Lucinda Coleman Legal Assistant also present.

After reviewing file, Court notes no response has been filed.  Court will order Deft to respond within 20 days.  If no response is filed, Court will immediately hold a hearing on default judgment.