United States District Court
Southern District of Texas
FILED

NOV 2 6 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES | * |
| | * |
| VS. | *   CIVIL ACTION No. B-02-146 |
| | * |
| JAMES W. ZIGLER, Commissioner for | * |
| the Immigration and Naturalization | * |
| Service | * |

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service, opposes Plaintiff's Motion for Default in this case.

Defendant acknowledges that Plaintiff filed her Original Petition on July 29, 2002, and Defendant is unable to provide the Court with an explanation as to why no response was filed by the government.[1] However, pursuant to Rule 55(e) of the Federal Rules of Civil Procedure, the Defendant respectfully suggests that this Court may not enter a default judgement against the Defendant. Rule 55 (e) states that:

> [n]o judgment by default shall be entered against the United States or an officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the court.

See also, *Mason vs. Lister*, 562 F.2d 343 (5th Cir. 1977).

Contemporaneously with this pleading the Defendant has filed a Motion to

---

[1] Traditionally, the Brownsville United States Attorney's Office does not accept service of Complaints–rather, they are referred to the Houston office and personnel for purposes of service and case assignment. The undersigned is unable to ascertain whether the complaint, once received, was forwarded to its Houston office or misplaced locally. All that is known is that a file was not opened or assigned on this case until receipt of this Court's November 6, 2002, order.

Dismiss and Alternative Motion for Summary Judgment which demonstrates that the Plaintiff herein cannot establish a claim to relief on all or part of her claims. As such, the United States should be allowed to pursue its defense(s) to Plaintiff's claims.

Respectfully Submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
Nancy L. Masso
Assistant U. S. Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## Certificate of Service

I certify that on **November 26, 2002**, a copy of the Defendant's Response in Opposition to Plaintiff's Motion for Entry of Default and Motion for Default Judgment was mailed to Plaintiff's attorney, Adolfo E. Cordova, Attorney at Law, 711 N. Sam Houston St., San Benito, TX 78586, via certified mail, return receipt requested.

_____
Nancy L. Masso
Assistant U. S. Attorney