# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA M. FLORES § § | |
| VS. § | CIVIL ACTION NO. B-02-146 |
| § § | |
| JAMES W. ZIGLER, Commissioner for § the Immigration & Naturalization Service § | |

TYPE OF CASE:         __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING: **HEARING ON DEFT'S MOTION TO DISMISS & ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6**

DATE AND TIME: **January 6, 2003 @ 1:30 p.m.**

***TAKE NOTICE that the Plaintiff is hereby ordered to respond and serve the Defendant's counsel with any response by December 20, 2002.***

_____
ANDREW S. HANEN
U. S. DISTRICT JUDGE

DATE: December 3, 2002

TO: Adolfo Cordova
    Nancy Masso, AUSA