IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES § § § | |
| vs. § § § | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, Commissioner for § the Immigration and Naturalization § Service § | |

### PLAINTIFF'S MOTION TO SET SUBMISSION DATE ON DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVELY, FOR SUMMARY JUDGMENT WITH SUPPORTING MEMORANDUM OF LAW, FOR AT LEAST 120 DAYS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Plaintiff, Rosa M. Flores, who files this, her Motion to Set Submission Date on Defendant's Motion to Dismiss and alternatively, for Summary Judgment, for at least 120 days so that there is adequate time for the Plaintiff to conduct discovery, and in support hereof, Plaintiff would show the Court as follows:

1. Defendant filed his said motion on December 2, 2002. Plaintiff's undersigned attorney first received a copy of the Defendant's said motion on December 9, 2002.

2. No discovery has yet been conducted by any party.

3. Plaintiff will need to take depositions and have documents produced in order to make an adequate response to Defendant's said motion. Accordingly, Plaintiff respectfully requests that the Court set a submission date on Defendant's said motion that gives adequate time to the Plaintiff to conduct discovery, including depositions.

4. F.R.C.P. 56, dealing with summary judgments, requires and mandates an adequate time for discovery. Summary judgments can only be granted after the party opposing the summary judgment

1

has had adequate time for discovery. See e.g. **Brown v. Mississippi Valley State University**, 311 F.3d 328, 333 (5th Cir. 2002) and **Little v. Liquid Air Corp.**, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc). In deciding summary judgments, the district court <u>must</u> give to the Plaintiff opposing the summary judgment, a "full opportunity" to conduct discovery. Id.

5. Further, in deciding a motion to dismiss under F.R.C.P. 12(b), the district court <u>must</u> give to the Plaintiff a "reasonable opportunity" to conduct discovery. A district court is not required to defer rulings on a motion to dismiss until all discovery contemplated by the plaintiff has been accomplished; instead, an opportunity for discovery is required. See e.g. **Kelly v. Syria Petroleum Development, B.V.**, 213 F.3d 841, 855 (5th Cir. 2000) and **Patterson v. Dietze, Inc.**, 764 F.2d 1145, 1147 n. 4 (5th Cir.1985).

6. Plaintiff's undersigned counsel attempted to speak about this motion via telephone with Defendant's counsel, Ms. Nancy Masso, by telephone on December 17, 2002, but she was not at her office on this day. This motion is therefore filed to avoid entry of any order that may be unjustly prejudicial to the Plaintiff.

7. No party would be unjustly prejudiced by postponement of the decision on Defendant's motion until discovery has taken place. Plaintiff requests a pre-trial conference and a setting of a discovery schedule.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Rosa M. Flores, respectfully requests that the Court grant this Motion and set the time for submission of the Defendant's said motion to dismiss under F.R.C.P. 12(b) and alternatively, for summary judgment, under F.R.C.P. 56, for at least 120 days from this date so as to give the Plaintiff a reasonable discovery period. Plaintiff further requests a pre-trial conference among the parties and the court for the purposes of setting of a discovery schedule. Plaintiff further requests such other and further relief as the court

deems just in this matter.

> Respectfully submitted,
>
> **LAW OFFICES OF WILLIAM F. KIMBALL**
> 312 E. Van Buren
> Harlingen, Texas 78551
> Tel. (956) 425-2000
> Fax No. (956) 421-4258
>
> BY: _____
> William Kimball
> State Bar #11418700
> Federal ID NO. 6159

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been mailed by certified mail, return receipt requested, to: Ms. Nancy L. Masso, Assistant U.S. Attorney, 600 East Harrison Street, No. 201, Brownsville, Texas 78520, on this the 18th day of December, 2002.

_____
William Kimball

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES | §§§ |
| vs. | §§ CIVIL ACTION NO. B-02-146 §§§ |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | §§§ |

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO SET
THE SUBMISSION DATE ON DEFENDANT'S MOTION TO DISMISS AND
ALTERNATIVELY, FOR SUMMARY JUDGMENT WITH SUPPORTING
MEMORANDUM OF LAW, FOR AT LEAST 120 DAYS**

**IT IS ORDERED** that a hearing on Plaintiff's Motion to Set the Submission Date on Defendant's Motion to Dismiss and Alternatively, for Summary Judgement, for at least 120 days, to allow time for discovery, is hereby set for the _____ day of _____, 2003 at _____ o'clock ____. m. before this court, United States Federal Courthouse, Brownsville, Texas.

Done at Brownsville, Texas on this ____ day of _____, 200___.

_____
United States District Judge