United States District Court
Southern District of Texas
FILED

JAN 0 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## HEARING

CIVIL ACTION NO. B-02-146              DATE & TIME    1/06/03 @ 1:40 - 2:03 pm

ROSA M. FLORES                         PLAINTIFF'S  WILLIAM KIMBELL
                                       COUNSEL      ADOLFO CORDOVA
VS

JAMES W. ZIGLER, COMMISSIONER          DEFENDANTS'  NANCY MASSO, ASUA
FOR THE IMMIGRATION &                  COUNSEL
NATURALIZATION SERVICE

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is called on the docket. Parties announced present and ready.

Court addresses scheduling matter & order as follows:

Deadline for adding new parties - January 31, 2003
Respond to motions of initial discovery by April 4, 2003
Plaintiff to replead by April 18, 2003
Govt to file any amended 12b and Motions for Summary Judgments by May 5, 2003
Plaintiff to file responses by May 16, 2003
Hearing on dispositive & non-dispositives motions set for June 3, 2003 @ 1:30 pm
Plaintiff's experts by August 1, 2003
Government's experts by September 2, 2003
Discovery to be completed by October 1, 2003
Joint Pretrial Order due by October 15, 2003
Docket call is set for November 4, 2003.
Jury Selection is set November 5, 2003.


Court is adjourned.