IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSA M. FLORES §
§
VS. § CIVIL ACTION NO. B-02-146
§
JAMES M. ZIGLER, COMMISSIONER FOR §
IMMIGRATION & NATURALIZATION SERVICE §

United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby
Clerk of Court

## Scheduling Order

1. Trial: Estimated time to try: _____ days.   ☐ Bench  ☒ Jury

2. New parties must be joined by:                                January 31, 2003
   Initial discovery to be completed by       :                  April 4, 2003
   Plaintiff to replead by:                                      April 18, 2003
   Defendant to file any amended 12b Motions and Motions for Summary
       Judgment by:                                              May 5, 2003
   Plaintiff to respond by:                                      May 16, 2003

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   August 1, 2003

4. The defendant's experts must be named with a report furnished by:   September 2, 2003

5. Discovery must be completed by:                                     October 1, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

************************   The Court will provide these dates.   ************************

6. Hearing on Dispositive & Non-dispositive is set for 1:30 p.m. on:   June 3, 2003

7. Joint pretrial order is due:                                        October 15, 2003

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  November 4, 2003

9. Jury Selection is set for 9:00 a.m. on:                             November 5, 2003

The case will remain on standby until tried.

Signed this the _____ day of January, 2003.

_____
Andrew S. Hanen
United States District Judge