IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Rosa M. Flores | § § | |
| v. | § § | Civil Action No. B-02-146 |
| James W. Zigler, Commissioner for the Immigration and Naturalization Service | § § § § | |

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, **Plaintiff Rosa M. Flores** ("Plaintiff"), who files this, her Agreed Motion for Substitution of Counsel, and in support hereof, the Plaintiff would show as follows:

1.

On a hearing before the Court on January 8, 2003, the undersigned attorney announced in open court that he would be substituting as counsel for Plaintiff's previous counsel, Adolfo E. Cordova of San Benito, Cameron County, Texas. There was no opposition by the U.S. Attorney and the Court summarily granted this Motion in open court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Rosa M. Flores respectfully requests that the undersigned attorney, William F. Kimball of Harlingen, Cameron County, Texas, be substituted as her attorney in the above-styled and numbered cause in place of Mr. Adolfo E. Cordova of San Benito, Cameron County, Texas. The Plaintiff further requests such other and

further relief as the Court deems just in this matter.

                Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 East Van Buren Street
Harlingen, Texas 78550
Telephone: (956) 425-2000
Fax No.: (956) 421-4258

By: _/s/ William Kimball_
William F. Kimball
State Bar No. 11418700
Federal ID No. 6159

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Agreed Motion for Substitution of Counsel has been sent via certified mail, return receipt requested, to:

| | |
|---|---|
| Ms. Nancy Masso<br>Assistant United States Attorney<br>UNITED STATES ATTORNEY<br>600 East Harrison, No. 201<br>Brownsville, Texas 78520 | CM-RRR #7002 0510 0004 1769 4495 |
| Mr. Adolfo E. Cordova<br>Attorney at Law<br>711 North Sam Houston Street<br>San Benito, Texas 78586 | CM-RRR #7002 0510 0004 1769 4501 |

Dated: February 6, 2003.

_/s/ William Kimball_
William F. Kimball