IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 21 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rosa M. Flores | § | |
| | § | |
| v. | § | Civil Action No. B-02-146 |
| | § | |
| James W. Zigler, Commissioner for the Immigration and Naturalization Service | § § § | |

## ORDER GRANTING AGREED MOTION FOR SUBSTITUTION OF COUNSEL

On this day, this Court considered Plaintiff Rosa M. Flores' Agreed Motion for Substitution of Counsel. Having reviewed the Motion and considered arguments of counsel, the Court finds that said Motion should be granted.

THEREFORE, IT IS HEREBY ORDERED, that Plaintiff Rosa M. Flores' Agreed Motion for Substitution of Counsel is hereby **GRANTED,** and William F. Kimball (State Bar No. 11418700; Federal ID No. 6159), Law Offices of William F. Kimball, 312 East Van Buren Street, Harlingen, Texas 78550, is hereby substituted as counsel of record for the Plaintiff, Rosa M. Flores, in this cause, in place of Adolfo E. Cordova of San Benito, Texas.

SIGNED this _19_ day of _FEB_, 2003.

JOHN WM. BLACK
U.S. MAGISTRATE JUDGE