United States District Court
Southern District of Texas
FILED

APR 0 1 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-02-146 |
| | * | |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | * * * | |

### UNITED STATES' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for an extension of the discovery deadlines in this cause. In support of this motion, the United States submits that the United States Border Patrol, its records and employees, along with several other agencies and their records and employees, were transferred over to the control and oversight of the Department of Homeland Security on March 1, 2003. As a result of this massive change-over involving thousands of employees and records, counsel for the defendant has encountered considerable delays in obtaining documents and information needed to respond to initial discovery requests in a complete and thoughtful manner. Therefore, the United States requests that the discovery deadlines issued in this case be extended for at least sixty days.

### STATEMENT OF CONSULTATION

On April 1, 2003, the undersigned spoke to plaintiff's counsel, William Kimball; and he does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Court grant its motion to extend discovery deadlines an additional sixty (60).

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554/Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States' Unopposed Motion to Extend Discovery Deadlines was mailed via certified mail, return receipt requested to William Kimball, Attorney at Law, 312 E. Van Buren, Harlingen, TX 78550 on this the 1st day of APRIL, 2003.

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES | * |
| | * |
| vs. | *   CIVIL ACTION No. B-02-146 |
| | * |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | * * * |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

CAME ON to be heard the United States' unopposed motion to extend discovery deadlines and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the discovery deadlines in the above-referenced cause are extended to _____, 2003.

DONE on this the \_\_\_ day of _____, 2003 in Brownsville, Texas.

_____
ANDREW S. HANEN
United States District Judge