IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES | * |
| | * |
| vs. | *   CIVIL ACTION No. B-02-146 |
| | * |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | * * * |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

CAME ON to be heard the United States' unopposed motion to extend discovery deadlines and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the discovery deadlines in the above-referenced cause are extended to DEC. 1, 2003.

DONE on this the 2 day of APRIL, 2003 in Brownsville, Texas.

~~ANDREW S. HANEN~~
~~United States District Judge~~

JOHN WM BLACK
U.S. MAGISTRATE JUDGE