# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 23 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ROSA M. FLORES | § |
| | § |
| | § |
| VS. | §   CIVIL ACTION NO. B-02-146 |
| | § |
| JAMES W. ZIGLER, COMMISSIONER | § |
| FOR THE IMMIGRATION AND | § |
| NATURALIZATION SERVICE | § |

TYPE OF CASE:   __X__ CIVIL                   ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DISPOSITIVE AND NON-DISPOSITIVE MOTIONS**

THIS HEARING WAS PREVIOUSLY SET TO BE HEARD BEFORE DISTRICT JUDGE ANDREW S. HANEN.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 3, 2003 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 23, 2003

TO:   MR. WILLIAM KIMBALL
      MS. NANCY MASSO
      MR. KEITH WYATT

23