IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER FOR | § | |
| THE IMMIGRATION AND NATURALIZATION | § | |
| SERVICE | § | |

### PLAINTIFF'S MOTION TO RESET DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, **Plaintiff Rosa M. Flores** ("Plaintiff"), who files this, her Motion to Reset Deadlines in this case, and in support hereof, Plaintiff would show as follows:

1.

On January 8, 2003, the Court entered a Scheduling Order. The Scheduling Order required that initial discovery be completed by Plaintiff on April 4, 2003, and that the Plaintiff should respond to Defendant's Motion to Dismiss and Motion for Summary Judgment by May 16, 2003.

In order for the Plaintiff to respond to the Motion to Dismiss and Motion for Summary Judgment, the Plaintiff needed to conduct discovery. Accordingly, Plaintiff delivered to the Defendant, on February 4, 2003, Plaintiff's First Set of Interrogatories and First Requests for Production of Documents. Defendant's attorney, Ms. Nancy Masso, called Plaintiff's undersigned attorney on several occasions to inform the Plaintiff's undersigned attorney that she needed additional time to file answers due to the Homeland Security status of the government. On April 1, 2003, the Defendant filed an Unopposed Motion to Extend Discovery Deadlines which was

immediately granted by the Court, extending all discovery deadlines to December 1, 2003. Unfortunately, without appropriate discovery responses, the Plaintiff is unable to uncover facts to assist the Plaintiff in making a response to the Defendant's Motion to Dismiss and the Defendant's Motion for Summary Judgment. Accordingly, Plaintiff respectfully requests that the Court enter and order compelling the Defendant to make discovery answers by a date certain, and reset deadlines in the case with a new Scheduling Order.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Rosa M. Flores respectfully requests that the Court reset deadlines in the case and enter a new Scheduling Order. The Plaintiff further requests that the Court enter an order compelling the Defendant to answer the discovery by a date certain prior to setting Plaintiff's deadline to respond to the Defendant's Motion to Dismiss and Motion for Summary Judgment. Plaintiff further requests such other and further relief as the Court deems just in this matter.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 East Van Buren Street
Harlingen, Texas 78550
Telephone:  (956) 425-2000
Fax No.     (956) 421-4258

By: _____
William F. Kimball
State Bar No. 11418700
Federal ID No. 6159

## **CERTIFICATE OF SERVICE**

  This is to certify that on June 3, 2003, a true and correct copy of the above and foregoing has been hand delivered to Ms. Nancy Masso, Assistant United States Attorney, UNITED STATES ATTORNEY, 600 East Harrison, No. 201, Brownsville, Texas 78520.

              _/s/ William Kimball_
              William F. Kimball