IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER FOR | § | |
| THE IMMIGRATION AND NATURALIZATION | § | |
| SERVICE | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO RESET DEADLINES

On this day, this Court considered Plaintiff Rosa M. Flores' Motion to Reset Deadlines. Having reviewed the Motion and considered arguments of counsel, the Court finds that said Motion should be and is hereby **GRANTED**.

IT IS HEREBY ORDERED that the Defendant is hereby ordered to file his answers to Plaintiff Rosa M. Flores' discovery requests by _16 JUNE_, 2003.

IT IS FURTHER ORDERED, that the Plaintiff shall have until _11 AUG_, 2003, to file her response to Defendant's Motion to Dismiss and Motion for Summary Judgment.

DONE on this the _3RD_ day of _JUNE_, 2003, in Brownsville, Texas.

_____
UNITES STATES ~~DISTRICT~~ JUDGE
MAGISTRATE