26

United States District Court
Southern District of Texas
FILED

JUN 0 3 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DISPOSITIVE AND NON-DISPOSITIVE MOTIONS

CIVIL ACTION NO. B-02-146                DATE & TIME:   06-03-03 AT 2:00 P.M.

ROSA M. FLORES                           PLAINTIFF(S)   WILLIAM KIMBALL
                                         COUNSEL

VS.

JAMES W. ZIGLER, COMMISSIONER            DEFENDANT(S)   NANCY MASSO
FOR THE IMMIGRATION AND                  COUNSEL        KEITH WYATT
NATURALIZATION SERVICE

---

CSO: Roy Zepeda
ERO: Gabriel Mendieta
Law Clerk: Nicole Gonzalez
Deputy: Paula Tamayo

Motion to Reset Deadlines will be granted.

Defendants will provide production by June 9, 2003. Defendants will answer interrogatories by June 16, 2003.

Plaintiffs will respond by August 11, 2003.

Complaint will be amended.

Deadlines set by Judge Hanen are moot.