IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| | § | |
| JAMES W. ZIGLER, Commissioner for | § | |
| the Immigration and Naturalization | § | |
| Service | § | |

**PLAINTIFF ROSA M. FLORES' UNOPPOSED MOTION TO EXTEND
ANSWER DEADLINE ON DEFENDANT'S MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES MAGISTRATE:

**NOW COMES**, Plaintiff, Rosa M. Fores, who respectfully moves for an extension of her deadline to file a Response to the Defendant's Motion to Dismiss and Motion for Summary Judgment, and in support hereof, Plaintiff would show as follows:

1. On June 3, 2003, the United States Magistrate set a deadline of August 11, 2003 for the Plaintiff to file her response to the Defendant's Motion to Dismiss and Motion for Summary Judgment. A true and correct copy of the Magistrate's Order is attached hereto as Exhibit "A" and incorporated herein for all purposes.

2. Plaintiff's undersigned counsel has been working on the legal research and has prepared a response affidavit that has been executed by the Plaintiff, but Plaintiff's counsel needs addition time to file the formal response and brief due to a trial beginning on August 11, 2003 in the 138th District Court of Cameron County, Texas styled: **G. Xavier Montemayor and Franklin T. Graham, Jr vs. Jose Antonio Ortiz Fernandez, Jose Antonio Ortiz Celada, and Becky Ortiz**, Case No. 2002-

1

05-2004-B. Plaintiff would respectfully request an additional 21 days. This case has absorbed most of Plaintiff counsel's time during the past three months, among other cases that have put immediate demands upon Plaintiff's counsel.

3. Plaintiff's undersigned counsel has discussed this motion with the Defendant's counsel of record and the motion is unopposed. The Defendant's responses to Plaintiff's Discovery was not delivered to Plaintiff's counsel until June 16, 2003. This was an additional delay that also made it difficult for the Plaintiff to respond to Defendant's Motion to Dismiss and Motion for Summary Judgment by August 11, 2003.

4. This continuance is requested not for delay only but so that justice might be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Rosa M. Flores, respectfully requests that the August 11, 2003 deadline for her to file a response to Defendant's Motion to Dismiss and Motion for Summary Judgment be extended for at least 21 days. Plaintiff further requests such other and further relief that the court deems is just.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78550
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: *William Kimball*
WILLIAM KIMBALL
State Bar No. 11418700
Federal ID No. 6159

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been forwarded by United States Certified Mail, Return Receipt Requested, postage prepaid, to: Ms. Nancy Masso, Assistant United States Attorney, 600 East Harrison Street, No. 201, Brownsville, Texas 78520, on this the 8th day of August, 2003.

_____
William Kimball

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSA M. FLORES | § § | |
| Vs. | § § | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE | § § § § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO RESET DEADLINES

On this day, this Court considered Plaintiff Rosa M. Flores' Motion to Reset Deadlines. Having reviewed the Motion and considered arguments of counsel, the Court finds that said Motion should be and is hereby **GRANTED**.

IT IS HEREBY ORDERED that the Defendant is hereby ordered to file his answers to Plaintiff Rosa M. Flores' discovery requests by __16 June__, 2003.

IT IS FURTHER ORDERED, that the Plaintiff shall have until __11 AUG__, 2003, to file her response to Defendant's Motion to Dismiss and Motion for Summary Judgment.

DONE on this the __3rd__ day of __June__, 2003, in Brownsville, Texas.

UNITES STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

EXHIBIT
A