IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSA M. FLORES | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | § § § § | |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE

**ON THIS DAY,** came on for consideration Plaintiffs' Motion to Extend the Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss and Motion for Summary Judgment from August 11, 2003 for a date at least 3 weeks in the future. Based upon the pleadings on file and the fact that this motion is unopposed, the court, was of the opinion that Plaintiff's motion should be granted. It is accordingly, hereby,

**ORDERED** that Plaintiff's Motion to Extend the Deadline to file a Response to Defendant's Motion to Dismiss and Motion for Summary Judgment is **GRANTED** and that Plaintiff shall have until the 26 day of SEPTEMBER, 2003, to file her response and brief to Defendant's said motions.

Done at Brownsville, Texas on this 12 day of AUGUST, 2003.

_____
United States Magistrate