IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| | § | JURY DEMANDED |
| JAMES W. ZIGLER, Commissioner for | § | |
| the Immigration and Naturalization | § | |
| Service | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES**, Plaintiff, Rosa M. Flores, (hereinafter sometimes referred to as "Plaintiff"), who files pursuant to Federal Rules of Civil Procedure 15 (a) this, her Motion for Leave to file her First Amended Original Complaint, and in support hereof, Plaintiff would show the Court as follows:

**1.** Plaintiff desires to amend her live pleading in this case to eliminate state common law causes of action and to more clearly assert causes of action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et. seq.

**2.** The court has held prior hearings concerning the Defendant's Motion to Dismiss and Defendant's Motion for Summary Judgment, and the court has requested that the Plaintiff re-plead to address questions concerning state common law causes of action and issues concerning Title VII.

**3.** In the Fifth Circuit, leave of court to file an amended pleading should be freely granted. See e.g., **Whitmire v. Victus Limited T/A Master Design Furniture**, 212 F.3d 885, 889 (5th Cir. 2000) and **Engstrom v. First National Bank of Eagle Lake**, 47 F.3d 1459, 1464 (5th Cir. 1995).

4. There would be no unfair or unjust prejudice to the Defendant if this motion for leave were granted.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that her Motion for Leave be granted and that Plaintiff be permitted to file her First Amended Complaint. Plaintiff further requests such other and further relief, special or general, legal or equitable, as Plaintiff may show herself justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78550
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _William Kimball_
William Kimball
State Bar No. 11418700
Federal ID No. 6159

ATTORNEY FOR ROSA M. FLORES

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been forwarded by United States Certified Mail, Return Receipt Requested, postage prepaid, to: Ms. Nancy Masso, Assistant United States Attorney, 600 East Harrison Street, No. 201, Brownsville, Texas 78520, on this the 26 day of September, 2003.

_William Kimball_
William Kimball