IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSA M. FLORES,<br>Plaintiff, | *<br>*<br>* |
| v. | * CIVIL ACTION NO. B-02-146<br>* |
| JAMES W. ZIGLER, Commissioner for the<br>Immigration and Naturalization Service,<br>Defendant. | *<br>*<br>* |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
### TO FILE HIS RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JAMES W. ZIGLER, Commissioner of the Immigration and Naturalization Service (INS)[1] by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for an eight day enlargement of time for which to file his response to the Plaintiff's Motion for Leave to File an Amended Complaint. Defendant seeks this extension of time in order to investigate and conduct additional legal research as it relates to Plaintiff's new factual allegations. Based on the information presently available, Defendant is unable to determine whether it should oppose the Plaintiff's motion for leave to amend.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant this motion for an enlargement of time and issue an order allowing Defendant until October 24, 2003, to file his answer or otherwise plead to the allegations of the Plaintiff.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

---

[1] The functions of the INS were transferred to the United States Department of Homeland Security. The Secretary of the Department of Homeland is Tom Ridge.

## STATEMENT OF CONSULTATION

On August 16, 2002, I spoke with Plaintiff's attorney, William Kimball, about this motion. Mr. Kimball advised that he did not oppose the motion.

Signed October <u>16th</u>, 2003.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

"Defendant's Motion for Enlargement of Time to File His Response to Plaintiff's Motion for Leave to Amend"

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. William Kimball
Attorney at Law
LAW OFFICES OF WILLIAM F. KIMBALL
312 E. Van Buren
Harlingen, Texas 78550

<u>October 16, 2003</u>
Date

NANCY L. MASSO
Assistant United States Attorney