IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 2 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA M. FLORES, <br> Plaintiff, | * <br> * <br> * <br> * CIVIL ACTION NO. B-02-146 <br> * |
| JAMES W. ZIGLER, Commissioner for the <br> Immigration and Naturalization Service, <br> Defendant. | * <br> * <br> * |

### ORDER GRANTING DEFENDANT'S
### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR LEAVE

Today, this Court considered the "Defendant's Motion for Enlargement of Time to File His Response to Plaintiff's Motion for Leave to Amend". Having reviewed the motion, and noted that counsel for the Plaintiff is unopposed, the Court finds that the Defendants' motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Defendants' shall be allowed until **October 24, 2003**, to file his responsive pleading to the Plaintiff's Motion for Leave to Amend his Complaint.

Signed this 23 day of OCTOBER, 2003.

~~ANDREW S. HANEN~~
~~UNITED STATES DISTRICT JUDGE~~
JOHN WM. BLACK
U.S. MAGISTRATE JUDGE