THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 0 4 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-146          DATE & TIME:   11-04-03 AT 9:45 A.M.

ROSA M. FLORES                     PLAINTIFF(S)   WILLIAM KIMBALL
                                   COUNSEL

VS.

JAMES W. ZIGLER, COMMISSIONER      DEFENDANT(S)   NANCY MASSO
FOR THE IMMIGRATION AND            COUNSEL        KEITH WYATT
NATURALIZATION SERVICE

---

A telephonic status conference was held with William Kimball and Nancy Masso

Plaintiff's counsel asked an extension of time to answer a recent government filing. Extension of time was verbally granted.

Parties will submit a letter brief by November 14, 2003.