IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA M. FLORES,<br>  Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§  CIVIL ACTION NO. B-02-146 |
| JAMES W. ZIGLER, COMMISSIONER<br>FOR THE IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>  Defendants. | §<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED PLEADING

**ON THIS DAY**, came to be considered, Plaintiff's Motion for Leave to File First Amended Original Complaint (Docket No.29). After considering the pleadings, affidavits and exhibits on file, the court is of the opinion that Plaintiff's motion should be granted.

**IT IS** hereby **ORDERED** that Plaintiff's Motion for Leave to File an Amended Pleading be **GRANTED**.

Done at Brownsville, Texas, on this _5TH_ day of _DECEMBER_, 2003.

John Wm. Black
United States Magistrate Judge