IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-146 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER | § | |
| FOR THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. Objections were filed by the Defendant, but none were filed by the plaintiff. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 9, 2003, should be adopted and the Commissioner's Motion to Dismiss be denied as to the sex based discrimination and hostile work environment claims and granted as to the retaliation claim. The Commissioner's Motion for Summary Judgment should also be denied.

Signed this the 19th day of March, 2004.

Honorable Andrew S. Hanen
United States District Judge