# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER | § | |
| FOR THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE | § | |

TYPE OF CASE:  __X__ CIVIL     _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**     **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                       DATE AND TIME:

**DECEMBER 7, 2004 AT 1:30 P.M.**

_/s/ John Wm. Black_
John Wm. Black
United States Magistrate Judge

DATE:    NOVEMBER 23, 2004

TO:      MR. ADOLFO E. CORDOVA
         MR. WILLIAM F. KIMBALL
         MR. KEITH WYATT
         MS. NANCY MASSO