United States District Court
Southern District of Texas
FILED

DEC 0 7 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-02-146         DATE & TIME:    12-07-04 AT 1:30 P.M.

ROSA M. FLORES                    PLAINTIFF(S)    WILLIAM F. KIMBALL
                                  COUNSEL

VS.

JAMES W. ZIGLER, COMMISSIONER FOR   DEFENDANT(S)   KEITH WYATT
THE IMMIGRATION AND NATURALIZATION  COUNSEL        NANCY MASSO
SERVICE

---

The deadline to file Dispositive Motions is February 2005.
Parties will submit an agreed scheduling order.
Final pretrial will be held August 1, 2005 at 1:30 p.m. before Magistrate Judge John Wm. Black.
Jury selection will be held before Judge Hanen August 1, 2005 at 9:00 a.m.
Trial is set for August 2005 docket call.


CSO: Dan Figueroa
ERO: Dahlila Ahumada
LAW CLERK: Eugenia Ponce