UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Rosa M. Flores § 
*versus* § CIVIL ACTION B-02-146
 § 
James W. Zigler § 

## Agreed Scheduling Order

1. Trial: Estimated time to try: __4__ Days.    ☐ Bench   ☒ Jury

2. New parties must be joined by:    **01/01/05**

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    **02/15/05**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's experts.    **Defendant's Expert Report is due on 04/15/04. Rebuttal Expert & Reports due by 05/15/05.**

5. Discovery must be completed by:    **06/15/05**

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:    **02/28/05**

7. Joint pretrial order is due:    **6/30/05**

8. A Settlement Conference/Final Pre-Trial Conference is set before Magistrate Judge John Wm. Black for **1:30 p.m. on 8/01/05.**

    *The plaintiff is responsible for filing the pretrial order on time.*

9. Docket Call and final pretrial conference is set before Hon. Andrew S. Hanen for 1:30 p.m. on:  **8/09/05 ; It is further Agreed that 8/9/05 will serve as a mediation deadline in this case.**

10. Jury Selection is set for 9:00 a.m., Before Hon. Andrew S. Hanen on:            **8/11/05**

The case will remain on standby until tried.

    Signed: _____

                                                                JOHN Wm. BLACK
                                                                United States Magistrate Judge

**Approved as to Substance and Form**:

For the Plaintiff:

_____
William Kimball
LAW OFFICES OF WILLIAM F. KIMBALL
312 E. Van Buren
Harlingen, Texas 78550
Tel:  (956) 425-2000
Fax: (956) 421-4258
Texas State Bar No.  11418700
Federal I.D. No. 6159

For the Defendant:

MICHAEL T. SHELBY
UNITED STATES ATTORNEY
         Through,

_____
Nancy L. Masso
Assistant United States Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
Texas State Bar No.  00800490
Federal I.D. No. 10263