Case 1:02-cv-00146    Document 48    Filed in TXSD on 06/27/2005    Page 1 of 2

United States District Court
Southern District of Texas
FILED

JUN 2 7 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § § | |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | § § § § | |

### PLAINTIFF ROSA M. FLORES' UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES MAGISTRATE:

**NOW COMES**, Plaintiff, Rosa M. Fores, who respectfully moves for continuance of this case, including a new scheduling order, and in support hereof, Plaintiff would show as follows:

1. This case is currently set for trial on August 11, 2005. Plaintiff's counsel of record has had an extremely busy docket during the past four months and needs additional time to prepare this case. Plaintiff's undersigned counsel would request a resetting to October or November 2005. Both parties also wish to mediate this case in August, 2005.

2. This motion is unopposed by the Defendant.

4. This continuance is requested not for delay only but so that justice might be done.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Rosa M. Flores, respectfully requests that the August 11, 2005 trial setting be continued and that a new scheduling order be entered setting a new date for filing of the Joint Pretrial Order and other matters. Plaintiff further requests such other and further relief that the court deems is just.

Respectfully submitted,

**LAW OFFICES OF WILLIAM F. KIMBALL**
312 E. Van Buren
Harlingen, Texas 78550
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____
WILLIAM KIMBALL
State Bar No. 11418700
Federal ID No. 6159

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been faxed to (956) 548-2549 and mailed by First Class Mail to: Ms. Nancy Masso, Assistant United States Attorney, 600 East Harrison Street, No. 201, Brownsville, Texas 78520, on this the 24th day of June, 2005.

_____
William Kimball