IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES | § § § |
| VS. | § CIVIL ACTION NO. B-02-146 § § |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service | § § § § |

**ORDER SETTING HEARING ON PLAINTIFF'S UNOPPOSED
MOTION FOR CONTINUANCE**

A hearing on Plaintiff's Unopposed Motion for Continuance is hereby set for the _____ day of _____, 2005, at ___ o'clock ___.m., before the U.S. Magistrate, United States Federal Courthouse, 600 E. Harrison, Brownsville, Cameron County, Texas.

Done at Brownsville, Texas on this _____ day of _____, 2003.


_____
UNITED STATES MAGISTRATE

1