


United States District Court
Southern District of Texas
ENTERED
JUL 25 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA M. FLORES<br>　　Plaintiff, | § § § | |
| VS. | § § | CIVIL NO. B-02-146 |
| JAMES W. ZIGLER, Commissioner for<br>the Immigration and Naturalization Service<br>　　Defendant, | § § § | |

## ORDER

On this the 25th day of July, 2005, Plaintiff's Unopposed Motion for Continuance was considered and is hereby granted. This case is now set for Final Pretrial Conference on October 4, 2005 at 1:30 p.m. with Jury Selection on October 5, 2005 at 9:00 a.m.

Signed this 25th day of September, 2005.

_____
Andrew S. Hanen
United States District Judge