# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER | § | |
| FOR THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE | § | |

TYPE OF CASE:          　X　  CIVIL                                   ____  CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**FINAL PRETRIAL AND SETTLEMENT CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **AUGUST 1, 2005 AT 1:30 P.M.** | **SEPTEMBER 28, 2005 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     JULY 26, 2005