UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES,<br>    Plaintiff, | *<br>*<br>* |
| v. | *   CIVIL ACTION NO. B-02-146<br>* |
| JAMES W. ZIGLER[1], Commissioner for the<br>Immigration and Naturalization Service,<br>    Defendant. | *<br>*<br>* |

**AGREED NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties herein hereby notify this Court that a settlement has been negotiated between the parties herein. Documents necessary for assuring the issuance of settlement funds are currently being circulated between and among the parties.

Respectfully submitted,

*For the Defendant:*

CHUCK ROSENBERG
UNITED STATES ATTORNEY
 /s/ Nancy L. Masso
NANCY L. MASSO
Assistant U. S. Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

*For the Plaintiff:*

 /s/ William F. Kimball
WILLIAM KIMBALL
Attorney at Law
LAW OFFICES OF WILLIAM F. KIMBALL
312 E. Van Buren
Harlingen, Texas 78550
TEL: (956) 425-2000
FAX: (956) 421-4258
Texas Bar No. 11418700
Federal Bar No. 6159

---

[1] The functions of the INS were transferred to the United States Department of Homeland Security. The Secretary of the Department of Homeland is Michael Chertoff.