# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| ROSA M. FLORES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-146 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER | § | |
| FOR THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE | § | |

TYPE OF CASE:         X    CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IS ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**      **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

**DECEMBER 13, 2005 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 16, 2005