UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES, | * |
|     Plaintiff, | * |
| | * |
| v. | *  CIVIL ACTION NO. B-02-146 |
| | * |
| JAMES W. ZIGLER[1], Commissioner for the | * |
| Immigration and Naturalization Service, | * |
|     Defendant. | * |

**JOINT MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

    The Parties herein move to dismiss the above entitled lawsuit on the ground that a settlement has been reached and consummated. In accordance with the terms of their settlement, the Parties now seek an order dismissing this lawsuit and the claims set forth therein, with prejudice.

Respectfully submitted,

*For the Defendant:*

CHUCK ROSENBERG
UNITED STATES ATTORNEY
 /s/ **Nancy L. Masso**
NANCY L. MASSO
Assistant U. S. Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

*For the Plaintiff:*
 /s/ **William F. Kimball**
WILLIAM KIMBALL
Attorney at Law
LAW OFFICES OF WILLIAM F. KIMBALL
312 E. Van Buren
Harlingen, Texas 78550
TEL: (956) 425-2000
FAX: (956) 421-4258
Texas Bar No. 11418700
Federal Bar No. 6159

---

[1] The functions of the INS were transferred to the United States Department of Homeland Security. The Secretary of the Department of Homeland is Michael Chertoff.