UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSA M. FLORES,   Plaintiff, | * * * |
| v. | * CIVIL ACTION NO. B-02-146 * |
| JAMES W. ZIGLER[1], Commissioner for the Immigration and Naturalization Service,   Defendant. | * * * |

## FINAL ORDER OF DISMISSAL

Today, this Court considered the parties "Joint Motion to Dismiss" the above entitled action. In their Motion, the Parties herein advise that they have settled their claims and that all actions necessary to effect the settlement have been concluded or otherwise consummated.

As such, since all matters have been concluded, this Court hereby GRANTS the parties "Joint Motion to Dismiss".

THEREFORE, IT IS ORDERED, that this lawsuit be DISMISSED, *WITH PREJUDICE*, and that any costs hereto that are not otherwise addressed by the settlement herein be paid by the party that incurred same.

FURTHER, IT IS ORDERED, that - in the unlikely event that an issue arise concerning the enforcement of the settlement agreement reached herein - this Court will retain jurisdiction in order to resolve any such issue.

Signed: _____

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

---

[1] The functions of the INS were transferred to the United States Department of Homeland Security. The Secretary of the Department of Homeland is Michael Chertoff.